# United States District Court
## For The Western District of North Carolina
## Statesville Division

TERRY KERMIT JOHNSON,

    Plaintiff(s),

vs.

UNITED STATES OF AMERICA,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:03CV49-3-V

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 5, 2006, Order.

Signed: July 5, 2006

Frank G. Johns, Clerk
United States District Court